UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANCIS O'MALLEY, III<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden, San Quentin State Prison,<br><br>Respondent. | Case No. 19-cv-03872-EJD<br><br>**ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL** |

Petitioner James Francis O'Malley, III, having been sentenced to death, has filed a request for appointment of counsel and for a stay of the execution of his death sentence. Pursuant to Habeas Local Rules 2254-25(a), (b), and (c), IT IS ORDERED that:

Petitioner's request for a stay of execution pending the final disposition of the proceedings in this Court is GRANTED. Accordingly, all proceedings related to the execution of Petitioner's sentence of death, including preparation for execution and the setting of an execution date, are hereby stayed pending the final disposition of the present action.

Petitioner's request for appointment of counsel is GRANTED. This case is referred to the Court's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

The Clerk shall immediately notify by telephone Ronald Davis, Warden of San Quentin State Prison, that petitioner's execution is stayed by order of this Court. The Clerk shall also serve a certified copy of this order upon petitioner, James Francis O'Malley, III, and serve the following electronically: respondent, Ronald Davis, Warden of San Quentin State Prison; the Clerk of the Santa Clara County Superior Court; Nanette Winaker, Deputy Attorney General of

the State of California; Jeffry Rosen, District Attorney of Santa Clara County; and Joseph Schlesinger, Executive Director of the California Appellate Project, San Francisco, who is also a representative of the Northern District Selection Board.

**IT IS SO ORDERED.**

Dated: July 5, 2019

EDWARD J. DAVILA
United States District Judge