UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES FRANCIS O'MALLEY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 19-cv-03872-EJD<br><br>**SCHEDULING ORDER** |

　　　The Court has reviewed the litigation schedules proposed by counsel for petitioner and respondent (ECF Doc. Nos. 19 & 21) and directs the parties to proceed as follows:

　　　1)  Respondent shall file an Answer by September 30, 2021.

　　　2)  Petitioner shall file a Traverse by December 29, 2021.

　　　Following review of the parties' submissions, the Court shall issue a further scheduling order.

　　　**IT IS SO ORDERED.**

Dated: July 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 19-cv-03872-EJD
<< ORDER TYPE >>